STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
EDMUND DARCHER, Washington State Bar No. 42906
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2662
Edmund.Darcher@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SALEEM IDRISS WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:23-cv-01354-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the above-captioned case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND
3:23-cv-01354-WHO

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: May 17, 2023            By: */s/ Edmund Darcher*
                               EDMUND DARCHER
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant

Dated: May 17, 2023            */s/ Rachael Louie Holmes*
                               (Per Authorization)
                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 19, 2023            _____
                               HONORABLE WILLIAM H. ORRICK
                               UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY REMAND
3:23-cv-01354-WHO
2